AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TIMOTHY MARCUS MAYBERRY
    Plaintiff

v.                                                    **Civil Action No.**   3:22cv45

STACY HALL
*in her official and individual capacities*

WILLIAM HYATT
*Chief Facility Administrator*
*TERMINATED 6/28/2022*
*Also known as*
William R Hyatt
*TERMINATED 6/28/2022*

GEORGE PAYNE
*Warden of Operations*
*TERMINATED 6/28/2022*
*also known as*
George Payne, Jr
*TERMINATED 6/28/2022*
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: <u>This case is DISMISSED.   Judgment ENTERED in favor of defendant Stacy Hall and against Plaintiff Timothy Marcus Mayberry.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.:

**X** decided by <u>Judge Damon R. Leichty on defendant's motion for summary judgment.</u>

DATE:   <u>10/3/2023</u>          CHANDA J. BERTA, CLERK OF COURT
                                by   <u>  s/R. Figueroa  </u>
                                     *Signature of Clerk or Deputy Clerk*